JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSAMA ALNAJADA,<br><br>        Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC et al.<br><br>        Defendants. | Case No.: 8:23-cv-01113-DOC-DFM<br><br>**ORDER ON STIPULATION TO REMAND**<br><br>Judge: Hon. David O. Carter<br><br>Complaint Filed: May 10, 2023 |

    Per the stipulation of Plaintiff Osama Alnajada and Defendant Mercedes-Benz USA, LLC, the case is ordered remanded to the Superior Court of the State of California for the County of Orange.

IT IS SO ORDERED.

DATE: July 18, 2023

*David O. Carter*
_____
Hon. David O. Carter
United States District Judge
Central District of California

1

**ORDER ON STIPULATION TO REMAND**

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2023, I filed the foregoing document entitled **ORDER ON STIPULATION TO REMAND** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

_____
Soheyl Tahsildoost